JS-6

David Geffen (SBN 129342)
*geffenlaw@aol.com*
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, California 90401
(310) 434-1111 Telephone
(310) 434-1115 Fax

Anthony E. Goldsmith (SBN 125621)
*info@goldsmithlawoffices.com*
Law Offices of Anthony E. Goldsmith
18321 Ventura Blvd., Suite 900
Tarzana, CA 91356
(818) 343-1370 Telephone
(818) 343-1339 Fax

Attorneys for Plaintiff HOWARD THOMAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD THOMAS, an individual,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 13-3031 GW(PJWx)<br><br>ORDER ON STIPULATION RE: DISMISSAL<br><br>OSC Re Dismissal Hearing Date: 11/25/13<br>Time: 8:30 a.m.<br>Courtroom: 10<br><br>Hon. George Wu |

TO THE COURT:

Good cause appearing and upon stipulation of the parties:

///

///

ORDER ON STIPULATION FOR DISMISSAL

1

1. This entire matter, including all causes of action and all parties, is dismissed, with prejudice, subject to the court's continuing jurisdiction to enforce the terms of the Settlement Agreement re payment of the settlement amount; and

2. The OSC re Dismissal following Settlement, which is scheduled at 8:30 AM on November 25, 2013 in Courtroom10, the Hon. Judge George Wu presiding, is taken off calendar.

Dated: November 25, 2013

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE